IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 1:25-cv-00113

| | |
|---|---|
| THE SUMMIT CHURCH-HOMESTEAD HEIGHTS BAPTIST CHURCH, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | **DEFENDANT CHATHAM COUNTY, NORTH CAROLINA BOARD OF COMMISSIONERS' NOTICE OF APPEAL** |
| CHATHAM COUNTY, NORTH CAROLINA BOARD OF COMMISSIONERS, | ) ) ) ) |
| Defendant. | |

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Defendant Chatham County, North Carolina Board of Commissioners, by and through undersigned counsel, and hereby gives notice of appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order entered June 20, 2025 [DE 27] by Judge William L. Osteen, Jr., granting in part and denying in part Plaintiff's Motion for Preliminary Injunction

This the 18th day of July 2025.

              CRANFILL SUMNER LLP

BY:   */s/ Patrick H. Flanagan*
        Patrick H. Flanagan
        NC State Bar No. 17407
        Email: phf@cshlaw.com
        Samantha M. Owens
        NC State Bar No. 62580
        Email: sowens@cshlaw.com
        *Attorneys for Defendant*
        P.O. Box 30787
        Charlotte, NC 28230
        Telephone (704) 332-8300

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2025, I electronically filed the foregoing *Notice of Appeal* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    Michael Gary Schietzelt, Jr.
    Email: mgschietzelt@michaelbest.com
    Keith Richardson
    Email: kerichardson@michaelbest.com
    Joseph L. Olson
    Email: jlolson@michaelbest.com
    Kellye F. Story
    Email: kellye.story@michaelbest.com
    Michael Best & Friedrich LLP

                                              CRANFILL SUMNER LLP

BY:   */s/ Patrick H. Flanagan*
        Patrick H. Flanagan
        NC State Bar No. 17407
        Email: phf@cshlaw.com
        Samantha M. Owens
        NC State Bar No. 62580
        Email: sowens@cshlaw.com
        *Attorneys for Defendant*
        P.O. Box 30787
        Charlotte, NC 28230
        Telephone (704) 332-8300

4935-4976-4950, v. 1

Case 1:25-cv-00113-UA-JLW   Document 28   Filed 07/18/25   Page 3 of 3