# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THE SUMMIT CHURCH-
HOMESTEAD HEIGHTS
BAPTIST CHURCH, INC.,

    Plaintiff,

v.

CHATHAM COUNTY, NORTH
CAROLINA BOARD OF
COMMISSIONERS,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

FILE NO. 1:25-CV-00113

**ORDER**

This matter is before the Court on the parties' Joint Motion for an Order staying all further proceedings before the United States District Court for the Middle District of North Carolina in this matter. It appears to the Court that the ultimate disposition of this appeal is likely to materially impact the parties' respective positions in this matter, and therefore, a stay of all proceedings before this Court would likely conserve both the Court's resources and the parties' resources. Accordingly, the Court finds good cause for the granting of this motion, and that the motion should be allowed.

IT IS THEREFORE ORDERED that the parties' Joint Motion for Stay Pending Appeal is GRANTED, and this matter is stayed until the United States Court of Appeals for the Fourth Circuit issues a mandate in this matter pursuant to Rule 41 of the Federal Rules of Appellate Procedure.

This the ____ day of March, 2026.

_____
United States District Court Judge